## 16601.   RAY *v.* THE STATE.

BLOODWORTH, J. 1. There is nothing in any of the special grounds of the motion for a new trial that requires a rehearing of this case.

2. There is some evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 29, 1925.

Indictment for possessing liquor apparatus; from Haralson superior court—Judge Irwin. April 28, 1925.

*Smith & Watson,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.